FILED

11/13/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0518

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 24-0518

STATE OF MONTANA,

      Plaintiff and Appellee,

  v.

GARY RICHARD JONES,

      Defendant and Appellant.

## GRANT

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until December 23, 2024, to prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
November 13 2024